**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

SAFEWAY TRANSPORT, LLC

CIVIL ACTION

VERSUS

26-118-SDD-RLB

MR. PANTHER TRANSPORT, LLC, ET AL

**RULING**

The Court has carefully considered the *Motion,*[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated August 12, 2026, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Remand[3] is GRANTED and this matter is remanded to the 18th Judicial District Court for the Parish of West Baton Rouge. Each party shall bear their own costs.

Signed in Baton Rouge, Louisiana, this 25th day of September, 2026.

Shelly D. Dick

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 7.
[2] Rec. Doc. 26.
[3] Rec. Doc. 7.